|   |   |
|---|---|
| CHERRYL WORLEY,<br><br>           Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>           Respondent.<br>_____ | *E-FILED - 12/18/13*<br><br><br>Nos. C-13-03951-DLJ<br>     CR-10-00524-DLJ<br><br>**ORDER** |

On August 23, 2012, Petitioner Cherryl Worley (Worley) was sentenced to 84 months in prison for one count of violation of 18 U.S.C. § 1344, Bank Fraud; and five counts of violation of 18 U.S.C. § 1029(a)(2) Fraud and Related Activity in Connection with Access Devices. Final Judgement was entered by the Court on August 30, 2012. On August 29, 2013, Worley filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct her Sentence.

The government has filed a responsive pleading. On December 3, 2013, Worley filed a Request for Leave to File a Traverse in Reply. The Court grants Worley's request, and she is ordered to file her pleading within 45 days of the date of this Order.

IT IS SO ORDERED

Dated: December 17, 2013         _____
                                 D. Lowell Jensen
                                 United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>USA,<br><br>    Defendant._____/ | Case Number: CV13-03951 DLJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherryl Worley 97225-011
FPC Dublin
5675 8th Street, Camp Parks
Dublin, CA 94568

Dated: December 18, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk